Hubbard v. Kanode                                                                 Doc. 4

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAR 21 2006

JOHN F. CORCORAN, CLERK
BY: /s/
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| CHRISTOPHER DEAN HUBBARD, ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> BARRY L. KANODE, WARDEN, et al., ) <br> Defendants. ) | Civil Action No. 7:06CV00128 <br><br> **FINAL ORDER** <br><br> By Hon. Glen E. Conrad <br> United States District Judge |

In accordance with the accompanying memorandum opinion, it is hereby

### ORDERED

that the plaintiff's complaint shall be **DISMISSED** and **STRICKEN** from the active docket of the court, pursuant to 28 U.S.C. § 1915A(b)(1).

The Clerk is directed to send certified copies of this order and the accompanying memorandum opinion to the plaintiff and counsel of record for the defendants.

ENTER: This 20th day of March, 2006.

_____
United States District Judge

Dockets.Justia.com